[No. 66139-6-I.   Division One.   March 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY
FITZGERALD BIANCHI, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 10-1-00005-1, Regina S. Cahan, J., entered
October 15, 2010. *Affirmed* by unpublished opinion per
Leach, J., concurred in by Dwyer, C.J., and Ellington, J.

[No. 66176-1-I.   Division One.   March 12, 2012.]

JACK W. EVARONE, *Appellant*, v. LEASE CRUTCHER LEWIS ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 08-2-36848-3, Gregory P. Canova, J., entered
September 30, 2010. *Affirmed* by unpublished opinion per
Lau, J., concurred in by Schindler and Spearman, JJ.

[No. 66192-2-I.   Division One.   March 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SEBASTIAN LARRY
LUBERS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 09-1-04280-9, Laura Gene Middaugh, J., en-
tered November 1, 2010. *Affirmed* by unpublished opinion
per Grosse, J., concurred in by Schindler and Lau, JJ.

[No. 66202-3-I.   Division One.   March 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY WHITMAN,
*Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 96-1-01058-1, Steven J. Mura, J., entered
October 27, 2010. *Affirmed* by unpublished opinion per Cox,
J., concurred in by Appelwick and Lau, JJ.